# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv71

| | |
|---|---|
| SYNOVUS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOKKE, IV, LLC, JAMES ELEY, ) | |
| JOHN KELLY SR., LAURA KELLY, ) | |
| MARK P. KELLY, SIMON ) | |
| MANNION, MARLON NIEMAND, ) | |
| and JOHN G. RECKENBEIL, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

In their Answer to Plaintiff's Complaint, Defendants asserted Counterclaims and a Third Party Complaint. Plaintiff then moved to strike the Answer and Third Party Complaint [# 17] and moved to dismiss the Counterclaims [# 19]. Within twenty-one days of the filing of the Motion to Dismiss, Defendants filed an Amended Answer, which they were allowed to do as a matter of course. See Fed. R. Civ. P. 15(a). The Amended Answer, however, supercedes the original Answer, Counterclaims, and Third Party Complaint. Accordingly, the Court **DENIES as moot** the Motion to Dismiss Counterclaims [# 19] and Motion to Strike Answer to Complaint [# 17].

Signed: August 2, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge