IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 71

| | |
|---|---|
| **SYNOVUS BANK,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **ORDER** |
| **v** ) | |
| ) | |
| **BOKKE IV, LLC, et al.,** ) | |
| ) | |
| **Defendants** ) | |

**THIS MATTER** has come before the Court pursuant to a Motion to Withdraw (#79) filed by counsel for defendants John Kelly, Laura Kelly, and Mark Kelly. By Order (#80), the undersigned directed that said defendants were to provide to the Clerk their addresses for receiving all future notices within twenty (20) days of February 13, 2013. Defendants have yet to comply with this Order as of this date.

### ORDER

**IT IS, THEREFORE**, **ORDERED** that attorney David R. Payne and Attorney John Elliott Rogers, II are hereby **ORDERED** to provide to the Clerk the address for defendants John Kelly, Laura Kelly, and Mark Kelly on or before

1

**March 22, 2013.** It is directed that a copy of this Order be forwarded to Mr. Payne and to Mr. Rogers.

Signed: March 14, 2013

Dennis L. Howell
United States Magistrate Judge