IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv71

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BOKKE IV, LLC, et al., | ) |
| Defendants. | ) |

Previously, the Court denied the Motion to Withdraw [# 84] filed by counsel for Defendants Bokke, IV, LLC, Marlon Niemand, and James Eley (collectively, "Defendants"). Subsequently, counsel provided the last know addresses of these Defendants:

>Bokke IV, LLC
>207 Molano Ct.
>Greenville, SC 29607
>
>James Eley
>3307 Rutherford Rd.
>Suite F
>Taylors, SC 29687
>
>Marlon Niemand
>801 Pelham Sq. Way
>Greer, SC 29650

Marlon Niemand
7 Wineberry Way
Greenville, SC 29615

The Court now **GRANTS** attorneys John Rogers and David Payne leave to withdraw as attorneys of record in this case for Defendants Bokke, IV, LLC, Marlon Niemand, and James Eley. The Court **DIRECTS** the Clerk to remove Attorneys John Rogers and David Payne as counsel of record in this case. The Court **DIRECTS** Defendants Eley and Niemand to either obtain new counsel or notify the Clerk in writing of their intention to proceed *pro se* in this case within twenty (20) days of the entry of this Order. The failure of Defendants Niemand and Eley to comply with this Order may result in the Court striking Defendants' answers and directing the clerk to enter default against them.

The Court, however, instructs Defendant Bokke, IV, LLC that as a corporation it may not proceed *pro se* in this case and must obtain new counsel within twenty (20) days of the entry of this Order. If new counsel is not obtained, the Court will strike its Answer and direct the Clerk to enter default against Defendant Bokke, IV, LLC. Finally, the Court **DIRECTS** the Clerk to mail a copy of this Order to Defendants at the last known address for Defendants as set forth in this Order.

Signed: March 25, 2013

Dennis L. Howell
United States Magistrate Judge