IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:11-cv-71

| | |
|---|---|
| SYNOVUS BANK, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BOKKE IV L.L.C., JAMES ELEY, ) <br> LAURA KELLY, JOHN KELLY, SR., ) <br> MARLON NIEMAND, MARK P. KELLY, ) <br> JOHN G. RECKENBEIL, and SIMON ) <br> MANNION, ) <br> ) <br>     Defendants, ) <br> ) <br> vs. ) <br> ) <br> KEITH VINSON, et al., ) <br> ) <br>     Third Party Defendants. ) <br> ) | **JUDGMENT** <br> **(AS TO MARLON NIEMAND)** |

Upon Order of this Court [Doc. 166], and in accordance with the Memorandum of Settlement entered into between Plaintiff Synovus Bank and Defendant Marlon Niemand [Doc. 138-1], judgment is hereby entered in favor of Synovus Bank and against Marlon Niemand in the amount of Thirty Thousand Dollars ($30,000.00).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court