```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
         ASHEVILLE DIVISION
         Civil No. 1:11-cv-71
```

| | |
|---|---|
| SYNOVUS BANK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BOKKE IV L.L.C., JAMES ELEY, | ) |
| LAURA KELLY, JOHN KELLY, SR., | ) |
| MARLON NIEMAND, MARK P. KELLY, | )     **JUDGMENT** |
| JOHN G. RECKENBEIL, and SIMON | )  **(AS TO BOKKE IV LLC** |
| MANNION, | )   **AND SIMON MANNION)** |
| | ) |
|     Defendants, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEITH VINSON, et al., | ) |
| | ) |
|     Third Party Defendants. | ) |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that this Judgment is hereby entered against defendants Bokke IV L.L.C. and Simon Mannion in accordance with the Order of this Court [Doc. 172].

Signed: March 10, 2014

Frank G. Johns, Clerk
United States District Court