THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00071-MR-DLH

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BOKKE IV L.L.C., JAMES ELEY, | ) | |
| LAURA KELLY, JOHN KELLY, SR., | ) | |
| MARLON NIEMAND, MARK P. KELLY, | ) | |
| JOHN G. RECKENBEIL, and SIMON | ) | |
| MANNION, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH VINSON, et al., | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal filed by Defendant James Eley, which the Court construes as a motion to dismiss. [Doc. 175].

In response to the Court's Order of March 6, 2014 [Doc. 171], the Defendant James Eley has filed a notice indicating that he wishes to voluntarily dismiss his claims against the Third Party Defendants in this

action. The Court will construe Defendant Eley's filing as a motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant Eley's motion to dismiss [Doc. 175] is **GRANTED**, and the third-party claims asserted by Defendant Eley in this action are hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: March 24, 2014

Martin Reidinger
United States District Judge